IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN RICE,<br><br>    Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL BANK OF OMAHA,<br><br>    Defendant. | 8:18-CV-474<br><br>JUDGMENT |

Pursuant to the parties' joint stipulation for dismissal with prejudice (filing 13), this case is dismissed with prejudice.

Dated this 9th day of January, 2019.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Chief United States District Judge